11th
Court of Appeals

                                                                  Eastland,
Texas

                                                                        Opinion

 

Edward Caruthers

Appellant

Vs.                   No. 11-03-00177-CR B Appeal from Taylor County

State of Texas

Appellee

 

Appellant has filed in this court a motion to
dismiss his appeal.  The motion is
signed by both appellant and his attorney. 
The motion is granted. 
TEX.R.APP.P. 42.2.

The appeal is dismissed.

 

PER CURIAM

 

July 10, 2003

Do not publish.  See TEX.R.APP.P. 47.2(b).

Panel consists of: Arnot, C.J., and

Wright, J., and McCall, J.